```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                     Case No. 11-70330-BHL
Sarah Louise Enlow                                         Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-3          User: admin              Page 1 of 2              Date Rcvd: Jul 07, 2016
                              Form ID: b3180w          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2016.
db           +Sarah Louise Enlow,    7886 Sandalwood Drive,    Newburgh, IN 47630-9679
cr           +Fifth Third Mortgage Company,    c/o Doyle Legal Corporation, P.C.,    41 East Washington Street,
               Suite 400,   Indianapolis, IN 46204-3517
10534283    ++COLLECTION ASSOCIATES LLC,    PO BOX 349,    GREENSBURG IN 47240-0349
             (address filed with court: Collection Associates,    1809 N Broadway St,
               Greensburg, IN  47240-8217)
10534282     +Cash Pro,    101 Plaza East Blvd Ste 100,    Evansville, IN 47715-2804
10534284     +Credit Management Service,    9302 N Meridian St #335,    Indianapolis, IN 46260-1820
10534286     +Deaconess Womens Hospital,    4199 Gateway Blvd,    Newburgh, IN 47630-8940
10534287      Fifth Third Bank,   Southern Indiana,    PO Box 630900,    Cincinnati, OH 45263-0900
10588675     +Fifth Third Mortgage Company,    5001 Kingsley Drive,    MD 1MOBBW,   Cincinnati, OH 45227-1114
10594159     +Kinkade & Associates, P.C.,    123 N W 4th Street Suite 201,    Evansville, IN 47708-1709
10534290     +Main Street Acquisition,    P.O. Box 9201,   Old Bethpage, NY 11804-9001
10534292      Ohio Valley Pathologists,    PO Box 3024,   Evansville, IN  47730-3024
10534293     +Paragon Way Inc.,    P.O. Box 92109,   Austin, TX 78709-2109
10534296     +Verizon Wireless Bk.Department,    500 Technology Dr., #550,    Saint Charles, MO 63304-2225
10534298     +Wright & Lerch,    Attorneys At Law,    2001 Reed Rd, Suite 100,    Fort Wayne, IN 46815-7311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10534281      EDI: CINGMIDLAND.COM Jul 07 2016 22:43:00      AT&T,   Attn: Bankruptcy Dept.,    2612 N Roan St,
               Johnson City, TN  37601-1708
10713718      EDI: RESURGENT.COM Jul 07 2016 22:43:00      B-Line, LLC,    MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
10534285      E-mail/Text: bncedi@deaconess.com Jul 07 2016 22:46:55      Deaconess Hospital,   PO Box 152,
               Evansville, IN  47701-0152
11181455     +EDI: RESURGENT.COM Jul 07 2016 22:43:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
10534288     +EDI: HFC.COM Jul 07 2016 22:43:00      HSBC,   961 North Weigel Ave,   Elmhurst, IL 60126-1058
10534289     +EDI: CBSKOHLS.COM Jul 07 2016 22:43:00      Kohls,    PO Box 3115,   Milwaukee, WI 53201-3115
10657478     +E-mail/Text: med1bknotice@med1solutions.com Jul 07 2016 22:48:32       MED-1 SOLUTIONS, LLC,
               517 US HIGHWAY 31 NORTH,    GREENWOOD, IN 46142-3932
10642773      EDI: BL-CREDIGY.COM Jul 07 2016 22:43:00      Main Street Acquisitions Corp assignee of HSBC,
               CARD SERVICES (III) INC,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12156224      EDI: AIS.COM Jul 07 2016 22:43:00      Midland Funding LLC,    by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,   Houston, TX  77210-4457
10534294     +EDI: RMSC.COM Jul 07 2016 22:43:00      Sams Club,    PO Box 530942,   Atlanta, GA 30353-0942
10534295      EDI: TFSR.COM Jul 07 2016 22:43:00      Toyota Financial Services,    Po Box 5855,
               Carol Stream, IL  60197
10615732      EDI: TFSR.COM Jul 07 2016 22:43:00      Toyota Motor Credit Corporation,    PO BOX 8026,
               Cedar Rapids, IA. 52408-8026
10837971      EDI: VERIZONWIRE.COM Jul 07 2016 22:43:00      VERIZON WIRELESS,    PO BOX 3397,
               BLOOMINGTON, IL 61702-3397
10534297      E-mail/Text: wow_bankruptcy@wideopenwest.com Jul 07 2016 22:48:48       WOW! Internet Cable,
               6045 Wedeking Ave,    Evansville, IN  47715-2147
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10534291     ##+Med 1 Solutions,    6239 Southeast Street,    Indianapolis, IN 46227-2090
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2016                            Signature:    /s/Joseph Speetjens

```
District/off: 0756-3          User: admin              Page 2 of 2             Date Rcvd: Jul 07, 2016
                              Form ID: b3180w          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2016 at the address(es) listed below:
              Kevin S. Kinkade    on behalf of Debtor Sarah Louise Enlow kinkadeassociates@hotmail.com,
               kinkadeandassociates@hotmail.com
              Robert P. Musgrave    evansville@trustee13.com;Evansville.trustee13@gmail.com
              Tina M Caylor    on behalf of Creditor   Fifth Third Mortgage Company bankruptcy@doylelegal.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | |
|---|---|
| Debtor  **Sarah Louise Enlow** <br> Name | Social Security number or ITIN  **xxx–xx–1001** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – **Southern District of Indiana** | |
| Case number:  **11–70330–BHL–13** | |

## Order of Discharge

12/2015

**IT IS ORDERED** that a discharge under 11 U.S.C. § 1328(a) is granted to the following debtor:

    Sarah Louise Enlow
    fka Sarah Winstead

Dated: **July 7, 2016**

By the court:  /s/ Basil H. Lorch III
                Judge, U.S. Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtor damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtor's property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(f), this order does not prevent the debtor from paying any debt voluntarily.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts provided for by the chapter 13 plan.

In a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Debtor Sarah Louise Enlow                                                                                                      Case number 11–70330–BHL–13

**Explanation of Bankruptcy Discharge in a Chapter 13 Case (continued)**

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

- Debts that are domestic support obligations.

- Debts for most student loans.

- Debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan.

- Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.

- Debts for most fines, penalties, forfeitures, or criminal restitution obligations.

- Some debts which the debtor did not properly list.

- Debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due.

- Debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained.

- Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual.

- Debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a Chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**